FILED 04 JUN '20 13:05 USDC-ORE

In the United States District Court

For the District of Oregon

Murphy v. US Marshals Services

And unknown agents, and B.O.P et al.

6:20-cv-00898-HZ

## CAUSE OF ACTION

Most people understand that it's illegal to open mail that's not addressed to them. What's not so widely understood is just how serious the consequences can be. Intentionally opening, intercepting or hiding someone else's mail is the felony crime of mail theft. It comes with some heavyweight penalties, including five years' incarceration in a federal prison.

Just after the plaintiff was arrested on 02/16/2018, prior to any court appearance by him or signing of any document, his DNA was collected by the U.S. Marshals Services, and again his DNA was collected while he was out of the State of Residence he lives in, while at the Springfield MO Medical Center for Federal Prisoners, in violation of 18 U.S. Code 1708.

Whoever steals, takes, or abstracts, or by fraud or deception obtains, or attempts so to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstracts or removes from any such letter, package, bag, or mail, any article or thing contained therein, or secretes, embezzles, or destroys any such letter, postal card, package, bag, or mail, or any article or thing contained therein; or

Whoever steals, takes, or abstracts, or by fraud or deception obtains any letter, postal card, package, bag, or mail, or any article or thing contained therein which has been left for collection upon or adjacent to a collection box or other authorized depository of mail matter; or

Whoever buys, receives, or conceals, or unlawfully has in his possession, any letter, postal card, package, bag, or mail, or any article or thing contained therein, which has been so stolen, taken, embezzled, or abstracted, as herein described, knowing the same to have been stolen, taken, embezzled, or abstracted--

Shall be fined under this title or imprisoned not more than five years, or both.

### CLAIM UPON WHICH RELIEF CAN BE GRANTED:

1. The defendant(s) on two occasions illegally and acting under the guise of law stole a sample of DNA from the plaintiff.

## PRAYER

Dna certainly contains real time and storable information about somebody. Yet the fact is, DNA has been found to contain nearly only hereditary information such as who are descendants are going 10, 20 100, even thousands of years back. At this time on earth, there is no greater privacy concern than the illegal collection, storage, and usage or statistics and data contained in DNA. There is no "identification marker" attainable for purposes of comparing one DNA against another, and the plaintiff will provide expert witness on the subject, that infact any actual comparison really comes from instruction from the DNA into the Genome of a man, and again, if you thought your privacy right had ever been violated, this is worse, and the DNA Collectors use this information to target advertise and to follow our generations over the years.

Because the defendants violated the plaintiff right and illegal obtained his DNA:

1. The plaintiff wants all information or any canalization of his dna, genome, blood, etc, destroyed.

Tom Murphy

920 L St.

Springfield, OR 97477


